**UNITED STATES of America,
Plaintiff–Appellee**

v.

Santiago **CASTILLO–LUCIO** also known as, Edgar Santiago Castillo–Lucio, Defendant–Appellant.

No. 07–40752
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

July 2, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Edgar Santiago Castillo–Lucio, Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JOLLY, HIGGINBOTHAM, and PRADO, Circuit Judges.

*ON REMAND FROM THE
SUPREME COURT*

PER CURIAM: *

In 2007, Defendant–Appellant Santiago Castillo–Lucio pleaded guilty to the charge of being found unlawfully present within the United States after removal subsequent to an aggravated felony conviction. After sentencing, Castillo–Lucio appealed his sentence, specifically the eight-level aggravated felony enhancement based on an earlier conviction for unauthorized use of a motor vehicle under Texas law. Recognizing that circuit precedent foreclosed his argument, Castillo–Lucio moved for summary affirmance so that he could seek review in the Supreme Court. We granted the motion and affirmed the district court. *See United States v. Castillo–Lucio,* 256 Fed.Appx. 720 (5th Cir.2007) (per curiam). After he petitioned for a writ of certiorari, the Supreme Court vacated our decision and remanded the case for consideration in light of *Begay v. United States,* 553 U.S. 137, 128 S.Ct. 1581, 170 L.Ed.2d 490 (2008), and *Chambers v. United States,* —— U.S. ——, 129 S.Ct. 687, 172 L.Ed.2d 484 (2009). *See Castillo–Lucio v. United States,* —— U.S. ——, 129 S.Ct. 993, 173 L.Ed.2d 288 (2009) (mem.). As the parties now agree, the district court committed a procedural error in sentencing Castillo–Lucio, and we must therefore vacate the sentence and remand for resentencing. *See United States v. Armendariz–Moreno,* 571 F.3d 490, 491–92 (5th Cir.2009).

On remand, the district court may also consider Castillo–Lucio's request for reformation of the judgment.

SENTENCE VACATED and REMANDED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.